## IN RE:  JACQUELINE CASH and ERIC REID
## Case No. 21-10475-BAH

## CONFIRMATION APPENDIX

## TABLE OF CONTENTS

| Ex. | Description or Title |
|---|---|
| A. | Class, Creditor, Claim and Projected Dividend Summary |
| B. | Hypothetical Liquidation and Distribution Summary Based on Significant Property of Estate |
| C. | Comparison of Projected Plan Dividends to Projected Liquidation Distributions Based on Estimated Allowed Claims |
| D. | Financial Projections |

# EXHIBIT A

## CLASS, CREDITOR, CLAIM AND PROJECTED DIVIDEND SUMMARY

In re: Jacqueline Cash and Eric Reid 21-10475-BAH

| Class | | Class description | Disputed Claims (Known) | Scheduled Claims | Proofs of Claim | Maximum Claims | Estimated Allowed Claims | Estimated Periodic Dividend Based on Estimated Allowed Claim | Projected Total Dividend Based on Estimated Allowed Claim Exclusive of Interest | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1 |
| Class | 1 | **Administrative Expense Priority Claims Class** | | | | | | | | |
| | | William S. Gannon, PLLC | | | | TBD | $ 85,000.00 | n/a | $ 85,000.00 | |
| | | James S. LaMontagne, Subchapter V Trustee | | | | TBD | $ 20,000.00 | n/a | $ 20,000.00 | |
| | | **Class Totals** | | | | $0.00 | $105,000.00 | | $105,000.00 | |
| | | | | | | | | | | |
| Class | 2 | **Farm Credit Secured Equipment Claims Class** | | | | | | Per Month | | |
| | | Farm Credit East, ACA | | unknown | $ 75,416.86 | $ 75,416.86 | $ 59,000.00 | $ 268.54 | $ 59,000.00 | 5 |
| | | Farm Credit East, ACA | | unknown | | | | | | |
| | | **Class Totals** | | $0.00 | $75,416.86 | $75,416.86 | $59,000.00 | | $59,000.00 | |
| | | | | | | | | | | |
| Class | 3 | **Farm Credit Secured Mortgage Claims Class** | | | | | | Per Month | | |
| | | Farm Credit East | | $ 387,211.14 | $ 403,064.29 | $ 403,064.29 | $ 403,064.29 | $ 2,416.57 | $ 403,064.29 | |
| | | **Class Totals** | | $387,211.14 | $403,064.29 | $403,064.29 | $403,064.29 | | $403,064.29 | |
| | | | | | | | | | | |
| Class | 4 | **Citizens Bank Secured Mortgage Claims Class** | | | | | | Per Month | | |
| | | Citizens Bank | | $ 218,922.65 | $ 219,724.69 | $ 219,724.69 | $ 219,724.69 | $ 1,360.61 | $ 219,724.69 | |
| | | **Class Totals** | | $218,922.65 | $219,724.69 | $219,724.69 | $219,724.69 | | $219,724.69 | |
| | | | | | | | | | | |
| Class | 5 | **Brigham Trust Secured Mortgage Claim Class** | | | | | | Per Month | | |
| | | Peter Brigham 401(k) Plan & Trust | | $ 264,699.76 | $ 249,188.50 | $ 249,188.50 | $ 225,000.00 | $ 1,484.90 | $ 225,000.00 | 4 |
| | | **Class Totals** | | $264,699.76 | $249,188.50 | $249,188.50 | $225,000.00 | | $225,000.00 | |
| | | | | | | | | | | |
| Class | 6 | **Cheesman Secured Claim Class** | | | | | | Per Month | | |
| | | Craig Cheesman | | $ 200,000.00 | $ 146,377.25 | $ 146,377.25 | $0.00 | $0.00 | $0.00 | |
| | | **Class Totals** | | $200,000.00 | $146,377.25 | $146,377.25 | $0.00 | | $0.00 | |
| | | | | | | | | | | |
| Class | 7A | **Minor Secured Claims with Modified Maturity Dates Class** | | | | | | Per Month | | |
| | | Bank of America (Nissan Xterra) | | $ 3,020.40 | $ 3,025.02 | $ 3,025.02 | $ 3,025.02 | $ 89.65 | $ 3,025.02 | |
| | | Bank of America (Ford F350) | | $ 14,657.83 | $ 14,647.59 | $ 14,647.59 | $ 14,647.59 | $ 434.09 | $ 14,647.59 | |
| | | South Shore Bank/Bankers Healthcare Group | | $ 108,994.08 | $ 109,219.39 | $ 109,219.39 | $ 50,571.63 | $ 1,498.71 | $ 50,571.63 | 6 |
| | | **Class Totals** | | $126,672.31 | $126,892.00 | $126,892.00 | $68,244.24 | $2,022.45 | $68,244.24 | |
| | | | | | | | | | | |
| Class | 7B | **Minor Secured Claims Class without Modified Maturity Dates Class** | | | | | | Per Month | | |
| | | Harley Davidson Credit Corp. | | $ 34,000.00 | $ 34,074.73 | $ 34,074.73 | $ 34,074.73 | $ 631.39 | $ 34,074.73 | 6 |
| | | USAA Federal Savings Bank | | $ 23,175.00 | $ 31,919.81 | $ 31,919.81 | $ 25,000.00 | $ 256.09 | $ 25,000.00 | 6 |
| | | **Class Totals** | | $57,175.00 | $65,994.54 | $65,994.54 | $59,074.73 | $887.48 | $59,074.73 | |

| | | | | | AMOUNTS | | | | | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Class | Disputed Claims (Known) | Scheduled Claims | Proofs of Claim | Maximum Claims | Estimated Allowed Claims | Estimated Periodic Dividend Based on Estimated Allowed Claim | Projected Total Dividend Based on Estimated Allowed Claim Exclusive of Interest | 1 |
| Class | 8 | General Unsecured Claims Class | | | | | | Pro Rata Share of Available Disposable Income (Percentage) | Projected Total Pro Rata Share of Available Disposable Income Based on Estimated Allowed Claim | |
| | | Bank of America (acct. xx9790) | | $0.00 | | $0.00 | $0.00 | 0% | $0.00 | |
| | | Bank of America, N.A. (acct. xx6613) | | $ 67,748.28 | $ 67,748.28 | $ 67,748.28 | $ 67,748.28 | 34.0595% | $6,702.07 | |
| | | Bank of America (acct. xx7303) | | $ 16,197.84 | | $ 16,197.84 | $ 16,197.84 | 8.1432% | $1,602.39 | |
| | | Bank of America, N.A. (acct. xx0841) | | $ 19,249.79 | $ 17,484.86 | $ 17,484.86 | $ 17,484.86 | 8.7903% | $1,729.71 | |
| | | Bank of America, N.A. (acct. xx9651) | | | $ 18,138.65 | $ 18,138.65 | $ 18,138.65 | 9.1190% | $1,794.39 | |
| | | Bankers Healthcare Group c/o Pinnacle Bank | | $ 13,817.69 | $ 13,817.69 | $ 13,817.69 | $ 13,817.69 | 6.9467% | $1,366.93 | |
| | | Capital One Bank (USA) N.A. | | $ 6,232.20 | | $ 6,232.20 | $ 6,232.20 | 3.1332% | $616.53 | |
| | | Cavalry SPV I, LLC as assignee of Citibank, N.A. | | | $ 2,972.73 | $ 2,972.73 | $ 2,972.73 | 1.4945% | $294.08 | |
| | | Citi Bank Credit Card/Sears | | $ 3,873.00 | | $ 3,873.00 | $ 3,873.00 | 1.9471% | $383.14 | |
| | | Citi Cards | | $ 2,548.00 | | $ 2,548.00 | $ 2,548.00 | 1.2810% | $252.06 | |
| | | Concord Hospital | | $ 106.56 | | $ 106.56 | $ 106.56 | 0.0536% | $10.54 | |
| | | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | | $ 15,405.00 | $ 16,498.04 | $ 16,498.04 | $ 16,498.04 | 8.2942% | $1,632.09 | |
| | | Kabbage, Inc. (Corporation Service Company, as Representative for) | | unknown | | $0.00 | $0.00 | 0% | $0.00 | 3 |
| | | Midland Credit Management, Inc. (acquired from Citibank, N.A.) | | | $ 3,975.14 | $ 3,975.14 | $ 3,975.14 | 1.9984% | $393.25 | |
| | | Portfolio Recovery Associates, LLC (acquired from Citibank, N.A.) | | $ 4,016.00 | $ 4,141.86 | $ 4,141.86 | $ 4,141.86 | 2.0823% | $409.74 | |
| | | Safe Home Security, Inc. | | $ 1,336.73 | | $ 1,336.73 | $ 1,336.73 | 0.6720% | $132.24 | |
| | | USAA Federal Savings Bank | | $ 23,485.00 | | $ 23,485.00 | $ 23,485.00 | 11.8068% | $2,323.28 | |
| | | Verizon by Inforsource as agent | | | $ 354.93 | $ 354.93 | $ 354.93 | 0.1784% | $35.11 | |
| | | Class Totals | | $174,016.09 | $145,132.18 | $198,911.51 | $198,911.51 | | $19,677.54 | |
| | | | | | | | | | | |
| Class | 9 | Cheesman Unsecured Claim Class | | | | | | Per Month | | |
| | | Craig Cheesman | | | $ 202,250.00 | $ 202,250.00 | $202,250.00 | $0.00 | $0.00 | |
| | | Class Totals | | | $202,250.00 | $202,250.00 | $202,250.00 | | $0.00 | |

Notes:
1. Exclusive of interest.
2. Duplicate.
3. According to the collection firm representing the creditor, the file is closed and the records show a zero balance.
4. This assumes that the creditor(s) in this class elect(s) Option A.
5. The Estimated Allowed Amount includes a reduction of the claim on account of the $16,000 Patronage Credit that is available to the Debtors. The Monthly Payments are calculated on $19,000, the amount remaining after the $40,000 Effective Date Payment.
6. The actual monthly payment will be set in the Confirmation Order based on the remainder of the amortization term and interest rate provided for herein and will be smaller than shown in this Exhibit.

# EXHIBIT B

| In re: Jacqueline Cash and Eric Reid, 21-10475-BAH | | | | | NOTES |
|---|---|---|---|---|---|
| **HYPOTHETICAL LIQUIDATION SUMMARY BASED ON SIGNIFICANT PROPERTY OF ESTATE** | | | | | 1 |
| | | | | | |
| | | **ESTATE PROPERTY AND ESTIMATED VALUES** | | | |
| | | | | | |
| **Parcel ID: R13-1-2 Lockes Hill Road, Epsom, NH** | **Total Lien Amount** | **Reorganization Value (Per Broker's Opinion)** | **High Liquidation Value** | **Low Liquidation Value** | |
| *Parcel ID: R13-1-2 Lockes Hill Road, Epsom, NH* | | $ 60,000.00 | $ 48,000.00 | $ 36,000.00 | 2 |
| | | less cost of sale @ 7.5% | $ 3,600.00 | $ 2,700.00 | |
| | | Projected Net Sale Proceeds | $ 44,400.00 | $ 33,300.00 | |
| **Estimated Liens and Exemptions** | | | | | |
| Farm Credit East | $ 403,064.29 | | $ 44,400.00 | $ 33,300.00 | |
| | | Projected Recovery | $ 44,400.00 | $ 33,300.00 | |
| | | | | | |
| **Estimated Liquidation Proceeds Available for Unsecured Creditors** | | | $0.00 | $0.00 | |
| | | | | | |
| **102 Lockes Hill Road, Epsom, NH** | **Total Lien Amount Per Proof of Claim** | **Reorganization Value (Per Broker's Opinion)** | **High Liquidation Value** | **Low Liquidation Value** | |
| *102 Lockes Hill Road, Epsom, NH* | | $ 600,000.00 | $ 480,000.00 | $ 360,000.00 | 2 |
| | | less cost of sale @ 7.5% | $ 36,000.00 | $ 27,000.00 | |
| | | Projected Net Sale Proceeds | $ 444,000.00 | $ 333,000.00 | |
| **Estimated Liens and Exemptions** | | | | | |
| Farm Credit East | $ 403,064.29 | | $ 358,664.29 | $ 333,000.00 | |
| Homestead Exemption | $ 240,000.00 | | $ 85,335.71 | $ - | |
| Peter Brigham 401(k) Plan & Trust | $ 249,188.50 | | $ - | $ - | |
| | | Projected Recovery | $ 444,000.00 | $ 333,000.00 | |
| | | | | | |
| **Estimated Liquidation Proceeds Available for Unsecured Creditors** | | | $0.00 | $0.00 | |
| | | | | | |
| **111 Lockes Hill Road, Epsom, NH** | **Total Lien Amount** | **Reorganization Value (Per Broker's Opinion)** | **High Liquidation Value** | **Low Liquidation Value** | |
| *111 Lockes Hill Road, Epsom, NH* | | $ 300,000.00 | $ 240,000.00 | $ 180,000.00 | 2 |
| | | less cost of sale @ 7.5% | $ 18,000.00 | $ 13,500.00 | |
| **Estimated First Priority Liens** | | Projected Net Sale Proceeds | $ 222,000.00 | $ 166,500.00 | |
| | | | | | |
| Citizens Bank | $ 219,724.69 | | $ 219,724.69 | $ 166,500.00 | |
| Peter Brigham 401(k) Plan & Trust | $ 249,188.50 | | $ 2,275.31 | $ - | |
| Craig Cheesman | $ 146,377.25 | | $ - | $ - | |
| | | Projected Recovery | $ 222,000.00 | $ 166,500.00 | |
| | | | | | |
| **Estimated Liquidation Proceeds Available for Unsecured Creditors** | | | $0.00 | $0.00 | |
| | | | | | |
| **Bank of America Collateral** | **Total Lien Amount** | **Reorganization Value (Per Publication)** | **High Liquidation Value** | **Low Liquidation Value** | |
| *2012 Nissan Xterra* | | $ 7,000.00 | $ 5,600.00 | $ 4,200.00 | 2 |
| *2015 Ford F350* | | $ 25,000.00 | $ 20,000.00 | $ 15,000.00 | 2 |
| | | $ 32,000.00 | $ 25,600.00 | $ 19,200.00 | |
| | | less cost of sale @ 7.5% | $ 1,920.00 | $ 1,440.00 | |
| | | Projected Net Sale Proceeds | $ 23,680.00 | $ 17,760.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Estimated First Priority Liens** | | | | | | |
| | Bank of America - Nissan | $ 3,025.02 | | $ 3,025.02 | $ 3,025.02 | |
| | Bank of America - Ford | $ 14,647.59 | | $ 14,647.59 | $ 13,875.00 | |
| | Exemption - Nissan | $ 3,979.60 | | $ 3,979.60 | $ 859.98 | |
| | Exemption - Ford | $ 342.17 | | $ 342.17 | $ - | |
| | | | **Projected Recovery** | **$ 21,994.38** | **$ 17,760.00** | |
| | | | | | | |
| | **Estimated Liquidation Proceeds Available for Unsecured Creditors** | | | **$1,685.62** | **$0.00** | |
| | | | | | | |
| **Farm Credit East ACA - Equipment Collateral** | | **Total Lien Amount** | **Reorganization Value (Per Publication)** | **High Liquidation Value** | **Low Liquidation Value** | |
| | *2006 Daewoo Doosan* | | $ 55,000.00 | $ 38,500.00 | $ 27,500.00 | 2 |
| | *2007 Kawasaki 70 TMV Loader* | | $ 50,000.00 | $ 35,000.00 | $ 25,000.00 | |
| | | | $ 105,000.00 | $ 73,500.00 | $ 52,500.00 | |
| | | less cost of sale @ 7.5% | | $ 5,512.50 | $ 3,937.50 | |
| | | Projected Net Sale Proceeds | | $ 67,987.50 | $ 48,562.50 | |
| | | | | | | |
| | **Estimated First Priority Liens** | | | | | |
| | Farm Credit East ACA | $ 59,416.86 | | $ 59,416.86 | $ 48,562.50 | |
| | | | **Projected Recovery** | **$ 59,416.86** | **$ 48,562.50** | |
| | | | | | | |
| | **Estimated Liquidation Proceeds Available for Unsecured Creditors** | | | **$8,570.64** | **$0.00** | |
| | | | | | | |
| **Harley Davidson Credit Corp. Collateral** | | **Total Lien Amount** | **Reorganization Value (Per Publication)** | **High Liquidation Value** | **Low Liquidation Value** | |
| | *2019 Harley Davidson* | | $ 30,000.00 | $ 24,000.00 | $ 18,000.00 | 2 |
| | | less cost of sale @ 7.5% | | $ 1,800.00 | $ 1,350.00 | |
| | | Projected Net Sale Proceeds | | $ 22,200.00 | $ 16,650.00 | |
| | | | | | | |
| | **Estimated Lien** | | | | | |
| | Harley Davidson Credit Corp. | $ 34,074.73 | | $ 22,200.00 | $ 16,650.00 | |
| | | | **Projected Recovery** | **$ 22,200.00** | **$ 16,650.00** | |
| | | | | | | |
| | **Estimated Liquidation Proceeds Available for Unsecured Creditors** | | | **$0.00** | **$0.00** | |
| | | | | | | |
| **USAA Federal Savings Bank Collateral** | | **Total Lien Amount** | **Reorganization Value (Per Publication)** | **High Liquidation Value** | **Low Liquidation Value** | |
| | *2018 Bridgeview Park Model Camper* | | $ 25,000.00 | $ 20,000.00 | $ 15,000.00 | 2 |
| | | less cost of sale @ 7.5% | | $ 1,500.00 | $ 1,125.00 | |
| | | Projected Net Sale Proceeds | | $ 18,500.00 | $ 13,875.00 | |
| | | | | | | |
| | **Estimated Lien** | | | | | |
| | USAA Federal Savings Bank | $ 31,919.81 | | $ 18,500.00 | $ 13,875.00 | |
| | | | **Projected Recovery** | **$ 18,500.00** | **$ 13,875.00** | |
| | | | | | | |
| | **Estimated Liquidation Proceeds Available for Unsecured Creditors** | | | **$0.00** | **$0.00** | |

| All Asset Lien Collateral | Total Lien Amount | Reorganization Value (Per Debtors' Estimate) | High Liquidation Value | Low Liquidation Value | |
|---|---|---|---|---|---|
| Household Goods and Furnishing | | $ 7,300.00 | $ 5,110.00 | $ 3,650.00 | 3 |
| Electronics | | $ 2,900.00 | $ 2,030.00 | $ 1,450.00 | 3 |
| Collectibles | | $ 2,500.00 | $ 1,750.00 | $ 1,250.00 | 3 |
| Sports and Hobby Equipment | | $ 1,300.00 | $ 910.00 | $ 650.00 | 3 |
| Firearms | | $ 5,200.00 | $ 3,640.00 | $ 2,600.00 | 3 |
| Clothes | | $ 500.00 | $ 350.00 | $ 250.00 | 3 |
| Jewelry | | $ 1,000.00 | $ 700.00 | $ 500.00 | 3 |
| Dog | | $ 1.00 | $0.00 | $0.00 | |
| Deposits of Money | | $ 1,869.63 | $ 1,869.63 | $ 1,869.63 | 3 |
| Business Interests Non-Publicly Traded | | $0.00 | $0.00 | $0.00 | |
| Office Equipment, Furnishings and Supplies | | $ 1,500.00 | $ 1,050.00 | $ 750.00 | 3 |
| Machinery, Fixtures, Equipment, Business Supplies & Tools of Trade | | $ 25,000.00 | $ 17,500.00 | $ 12,500.00 | 3 |
| Harley Davidson Deuce 20 | | $ 4,500.00 | $ 3,150.00 | $ 2,250.00 | 3 |
| 16 ft. landscape trailer | | $ 1,500.00 | $ 1,050.00 | $ 750.00 | 3 |
| **TOTAL All Asset Lien Collateral VALUES** | | $ 55,070.63 | $ 39,109.63 | $ 28,469.63 | |
| | | less cost of sale @ 7.5% | $ 2,933.22 | $ 2,135.22 | |
| | | Projected Net Sale Proceeds | $ 36,176.41 | $ 26,334.41 | |
| | | | | | |
| **Estimated All Asset Liens and Exemptions** | | | | | |
| South Shore Bank/Bankers Healthcare Group | $ 109,219.39 | | $ 36,176.41 | $ 26,334.41 | |
| Exemption - Household Goods and Furnishing | $ 7,000.00 | | $ - | $ - | |
| Exemption - Sports and Hobby Equipment | $ 1,300.00 | | $ - | $ - | |
| Exemption - Firearms | $ 5,200.00 | | $ - | $ - | |
| Exemption - Clothes | $ 500.00 | | $ - | $ - | |
| Exemption - Jewelry | $ 1,000.00 | | $ - | $ - | |
| Exemption - Deposits of Money | $ 1,686.91 | | $ - | $ - | |
| Exemption - Machinery, Fixtures, Equipment, Business Supplies & Tools of Trade | $ 16,200.00 | | $ - | $ - | |
| Exemption - Harley Davidson Deuce 20 | $ 1,613.09 | | $ - | $ - | |
| **TOTAL All Asset Liens and Exemptions** | **$ 143,719.39** | **Projected Recovery** | **$ 36,176.41** | **$ 26,334.41** | |
| | | | | | |
| **Estimated Liquidation Proceeds Available for Unsecured Creditors** | | | **$0.00** | **$0.00** | |
| Unencumbered Assets | Total Lien Amount | Reorganization Value (Per Debtors' Estimate) | High Liquidation Value | Low Liquidation Value | |
| Personal Injury Claim | | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | |
| Recovery from Slate Legal Group | | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | |
| **TOTAL Unencumbered Asset VALUES** | | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | |
| | | | | | |
| **Estimated Liquidation Proceeds Available for Unsecured Creditors** | | | **$55,000.00** | **$55,000.00** | |
| | | | | | |
| **Estimated NET Liquidation Proceeds Available for Unsecured Creditors** | | | **$65,256.26** | **$55,000.00** | |
| | | | | | |
| | | | Hi Liquidation Value | Lo Liquidation Value | |
| **ESTIMATED TOTAL LIQUIDATION PROCEEDS Available for Unsecured Creditors** | | | **$65,256.26** | **$55,000.00** | |

| | PROJECTED DISTRIBUTIONS TO UNSECURED CREDITOR CLASSES FROM NET LIQUIDATION PROCEEDS | | | | |
|---|---|---|---|---|---|
| | | Estimated Allowed Amount | | Highest Distribution Based on Hi Liquidation Value and Estimated Allowed Claims | Lowest Distribution Based on Lo Liquidation Value and Estimated Allowed Claims |
| **CLASS 1** | **Administrative Expense Priority Claims Class** | $105,000.00 | | **$65,256.26** | **$55,000.00** |
| **CLASS 8** | **General Unsecured Claims Class** | $198,911.51 | | **$0.00** | **$0.00** |
| **CLASS 9** | **Cheesman Unsecured Claim Class** | $202,250.00 | | **$0.00** | **$0.00** |
| | | | | | |
| **NOTES AND ASSUMPTIONS** | | | | | |
| 1 | This Summary is a projection of the results of the hypothetical liquidation discussed in the Plan. | | | | |
| 2 | High Liquidation Value calculated at 80% of Reorganization Value and Low Liquidation Value calculated at 60% of Reorganization Value. | | | | |
| 3 | High Liquidation Value calculated at 70% of Reorganization Value and Low Liquidation Value calculated at 50% of Reorganization Value. | | | | |

# EXHIBIT C

| | | Projected Plan Dividends Exclusive of Interest | Projected High Liquidation Distributions | Projected Low Liquidation Distributions |
|---|---|---|---|---|
| *In re: Jacqueline Cash and Eric Reid, 21-10475-BAH* | | | | |
| **Comparison of Projected Plan Dividends to Projected Liquidation Distributions Based on Estimated Allowed Claims** | | | | |
| | **Class** | | | |
| **Class 1** | **Administrative Expense Priority Claims Class** | $ 105,000.00 | $ 65,256.26 | $ 55,000.00 |
| **Class 2** | **Farm Credit Secured Equipment Claims Class** | $ 59,000.00 | $ 59,416.86 | $ 48,562.50 |
| **Class 3** | **Farm Credit Secured Mortgage Claims Class** | $ 403,064.29 | $ 403,064.29 | $ 366,300.00 |
| **Class 4** | **Citizens Bank Secured Mortgage Claims Class** | $ 219,724.69 | $ 219,724.69 | $ 166,500.00 |
| **Class 5** | **Brigham Trust Secured Mortgage Claim Class** | $ 225,000.00 | $ 2,275.31 | $0.00 |
| **Class 6** | **Cheesman Secured Claim Class** | $0.00 | $0.00 | $0.00 |
| **Class 7A** | **Minor Secured Claims with Modified Maturity Dates Class** | | | |
| | Bank of America - Nissan | $ 3,025.02 | $ 3,025.02 | $ 3,025.02 |
| | Bank of America - Ford | $ 14,647.59 | $ 14,647.59 | $ 13,875.00 |
| | South Shore Bank/Bankers Healthcare Group | $ 50,571.63 | $ 36,176.41 | $ 26,334.41 |
| **Class 7B** | **Minor Secured Claims without Modified Maturity Dates Class** | | | |
| | Harley Davidson Credit Corp. | $ 34,074.73 | $ 22,200.00 | $ 16,650.00 |
| | USAA Federal Savings Bank | $ 25,000.00 | $ 18,500.00 | $ 13,875.00 |
| **Class 8** | **General Unsecured Claims Class** | $ 19,677.54 | $0.00 | $0.00 |
| **Class 9** | **Cheesman Unsecured Claim Class** | $0.00 | $0.00 | $0.00 |

# EXHIBIT D

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Jacqueline Cash and Eric Reid | | **FINANCIAL PROJECTIONS** | | | |
| 2 | | Case # 21-10475-BAH | | **THREE YEAR SUMMARY** | | | |
| 4 | | | First 12 months | Second 12 months | Third 12 months | **TOTALS** | **NOTE** |
| 6 | | **Beginning Cash** | $ 20,863.77 | $0.00 | $0.00 | | |
| 8 | | **Cash In** | | | | | |
| 9 | | Jacqueline Cash (net Income) | $ 182,390.00 | $ 182,390.00 | $ 182,390.00 | $ 547,170.00 | |
| 10 | | Eric Reid (Net Income) | $ 52,500.00 | $ 52,500.00 | $ 52,500.00 | $ 157,500.00 | |
| 11 | | Rental Income - 111 Lockes Hill Road (Gross) | $ 21,600.00 | $ 21,600.00 | $ 21,600.00 | $ 64,800.00 | |
| 12 | | Tax Refund | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 90,000.00 | |
| 13 | | Personal Injury Claim (net of special counsel fees and expenses) | $ 15,000.00 | $ - | $ - | $ 15,000.00 | |
| 14 | | Underinsured Motorist Claim | $ - | $ - | $ - | $ - | |
| 15 | | Recovery from Slate Legal Group | $ 48,786.06 | $ - | $ - | $ 48,786.06 | |
| 16 | | **Total Cash In** | $ 350,276.06 | $ 286,490.00 | $ 286,490.00 | $ 923,256.06 | |
| 18 | | **TOTAL Beginning Cash plus Cash In** | $ 371,139.83 | $ 286,490.00 | $ 286,490.00 | | |
| 20 | | **Cash Out** | | | | | |
| 21 | | School Tuition | $ 16,772.52 | $ 17,275.70 | $ 17,793.97 | $ 51,842.19 | |
| 22 | | School Supplies | $ 1,236.00 | $ 1,273.08 | $ 1,311.27 | $ 3,820.35 | |
| 23 | | Groceries | $ 14,832.00 | $ 15,276.96 | $ 15,735.27 | $ 45,844.23 | |
| 24 | | Utilities | $ 4,944.00 | $ 5,092.32 | $ 5,245.09 | $ 15,281.41 | |
| 25 | | Cell Phone | $ 5,314.32 | $ 5,473.42 | $ 5,637.62 | $ 16,425.36 | |
| 26 | | Vet Payment | $ 481.44 | $ 495.88 | $ 510.76 | $ 1,488.08 | |
| 27 | | Gas - Car | $ 14,400.00 | $ 14,832.00 | $ 15,276.96 | $ 44,508.96 | |
| 28 | | Cable/Internet | $ 2,521.44 | $ 2,597.08 | $ 2,674.99 | $ 7,793.51 | |
| 29 | | Netflix/Peloton/Disney+ | $ 1,013.52 | $ 1,043.93 | $ 1,075.25 | $ 3,132.70 | |
| 30 | | Business Email | $ 197.76 | $ 203.69 | $ 209.80 | $ 611.25 | |
| 31 | | Dumpster | $ 1,606.80 | $ 1,655.00 | $ 1,704.65 | $ 4,966.45 | |
| 32 | | Car/Home Insurance | $ 18,732.60 | $ 19,294.58 | $ 19,873.42 | $ 57,900.60 | |
| 33 | | Car Registration and Inspection | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | |
| 34 | | Storage | $ 1,854.00 | $ 1,909.62 | $ 1,966.91 | $ 5,730.53 | |
| 35 | | CE Courses | $ 2,472.00 | $ 2,546.16 | $ 2,622.54 | $ 7,640.70 | |
| 36 | | Subdivision Cost/Siding | $ 24,000.00 | $ 24,000.00 | $ - | $ 48,000.00 | |
| 37 | | Atty. Gannon | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 36,000.00 | |
| 38 | | Misc. Expenses | $ 12,360.00 | $ 12,730.80 | $ 13,112.72 | $ 38,203.52 | |
| 39 | | Property Taxes (111 Lockes Hill Rd) | $ 6,000.00 | $ 6,180.00 | $ 6,365.40 | $ 18,545.40 | |
| 40 | | Property Taxes (102 Lockes Hill Rd) | $ 7,440.00 | $ 7,663.20 | $ 7,893.10 | $ 22,996.30 | |
| 41 | | Provision for Federal and State Taxes | $ - | $ - | $ - | $ - | |
| 42 | | Working Capital Reserve | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 90,000.00 | |
| 43 | | **Total Cash Out** | $ 181,178.40 | $ 184,543.42 | $ 164,009.72 | $ 529,731.54 | |
| 46 | | **Annual Projected Disposable Income** | $ 189,961.43 | $ 101,946.58 | $ 122,480.28 | | |
| 48 | | **Projected Plan Payments by Class** | | | | | |
| 50 | | **Mandatory Payment Classes Projected Monthly Dividends** | | | | | |
| 51 | | Class 2 - Farm Credit Secured Equipment Claims Class | $ 42,953.94 | $ 3,222.48 | $ 3,222.48 | $ 49,398.90 | 7 |
| 52 | | Class 3 - Farm Credit Secured Mortgage Claims Class | $ 28,998.84 | $ 28,998.84 | $ 28,998.84 | $ 86,996.52 | 3 |
| 53 | | Class 4 - Citizens Bank Secured Mortgage Claim Class | $ 16,327.32 | $ 16,327.32 | $ 16,327.32 | $ 48,981.96 | 4 |
| 54 | | Class 5 - Brigham Trust Secured Mortgage Claim Class | $ 17,818.80 | $ 17,818.80 | $ 17,818.80 | $ 53,456.40 | 8 |
| 55 | | Class 6 - Cheesman Secured Claim Class | $ - | $ - | $ - | $ - | 1 |
| 56 | | Class 7A - Minor Secured Claims with Modified Maturity Dates Class | | | | | |
| 57 | | Bank of America (Nissan Xterra) | $ 1,075.80 | $ 1,075.80 | $ 1,075.80 | $ 3,227.40 | |
| 58 | | Bank of America (Ford F350) | $ 5,209.08 | $ 5,209.08 | $ 5,209.08 | $ 15,627.24 | |
| 59 | | South Shore Bank/Bankers Healthcare Group | $ 17,984.52 | $ 17,984.52 | $ 17,984.52 | $ 53,953.56 | |
| 60 | | Class 7B - Minor Secured Claims without Modified Maturity Dates Class | | | | | |
| 61 | | Harley Davidson Credit Corp. | $ 7,576.68 | $ 7,576.68 | $ 7,576.68 | $ 22,730.04 | |
| 62 | | USAA Federal Savings Bank | $ 3,073.08 | $ 3,073.08 | $ 3,073.08 | $ 9,219.24 | |
| 63 | | **Projected Total Mandatory Payments** | $ 141,018.06 | $ 101,286.60 | $ 101,286.60 | $ 343,591.26 | |
| 65 | | **Projected Available Disposable Income After Mandatory Plan Payments** | $ 48,943.37 | $ 659.98 | $ 21,193.68 | | |
| 67 | | **Projected Annual Dividends from Available Disposable Income** | | | | | |
| 68 | | Class 1 - Administrative Expense Class ($105,000) | $ 36,206.52 | $ 17,679.84 | $ 17,679.84 | $ 71,566.20 | 6 |
| 69 | | Class 3 - Farm Credit Secured Mortgage Claim Class (Mandatory Pre-payment - 5% of Annual Available Disposable Income) | $ 876.59 | $ 33.00 | $ 1,059.68 | $ 1,969.27 | 3 |
| 70 | | Class 4 - Citizens Bank Secured Mortgage Claim Class (Mandatory Pre-payment - 5% of Annual Available Disposable Income) | $ 876.59 | $ 33.00 | $ 1,059.68 | $ 1,969.27 | 4 |
| 71 | | Class 5 - Brigham Secured Claim Class (Mandatory Pre-payment - 5% of Annual Available Disposable Income) | $ 876.59 | $ 33.00 | $ 1,059.68 | $ 1,969.27 | 8 |
| 72 | | Class 8 - General Unsecured Claims Class | $ 13,428.67 | $ - | $ 334.79 | $ 13,763.46 | 5 |
| 73 | | Class 9 - Cheesman Unsecured Claim Class | $ - | $ - | $ - | $ - | 2 |
| 74 | | **TOTAL Projected Annual Dividends from Available Disposable Income** | $ 52,264.96 | $ 17,778.84 | $ 21,193.68 | $ 91,237.48 | |
| 75 | | Working Capital Reserve Deposit | $ 3,321.59 | $ 17,118.86 | $ - | $ 20,440.45 | |
| 76 | | **Cumulative Ending Cash After Plan Payments and Working Capital Reserve Deposit** | $0.00 | $0.00 | $0.00 | | |
| 78 | | **WORKING CAPITAL RESERVE** | | | | | |
| 79 | | **WORKING CAPITAL RESERVE BEGINNNIG BALANCE** | $ - | $ 21,342.73 | $ 27,379.10 | | |
| 80 | | Deposits into working capital reserve | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 90,000.00 | |
| 81 | | Draw against working capital reserve to offset cash flow deficiency | $ (3,321.59) | $ (17,118.86) | $ - | $ (20,440.45) | |
| 82 | | **Available Working Capital Reserve for Distribution to Mandatory Pre-Payments** | $ 26,678.41 | $ 34,223.87 | $ 57,379.10 | | |
| 83 | | Draw against working capital reserve to *Working Capital Reserve Mandatory Pre-Payments* | $ (5,335.68) | $ (6,844.77) | $ (11,475.82) | $ (23,656.27) | |
| 84 | | **Cumulative Working Capital Reserve Ending Balance** | $ 21,342.73 | $ 27,379.10 | $ 45,903.28 | | |
| 86 | | **Working Capital Reserve Mandatory Pre-Payments** | | | | | |
| 87 | | Class 3 - Farm Credit Secured Mortgage Claim Class (5% of Working Capital Reserve) | $ 1,333.92 | $ 1,711.19 | $ 2,868.96 | $ 5,914.07 | 3 |
| 88 | | Class 4 - Citizens Bank Secured Mortgage Claim Class (5% of Working Capital Reserve) | $ 1,333.92 | $ 1,711.19 | $ 2,868.96 | $ 5,914.07 | 4 |
| 89 | | Class 5 - Brigham Trust Secured Mortgage Claim Class (5% of working capital reserve) | $ 1,333.92 | $ 1,711.19 | $ 2,868.96 | $ 5,914.07 | 8 |
| 90 | | Class 8 - General Unsecured Claims Class (5% of Working Capital Reserve) | $ 1,333.92 | $ 1,711.19 | $ 2,868.96 | $ 5,914.07 | 5 |
| 91 | | **Total Projected Working Capital Reserve Mandatory Pre-Payments** | $ 5,335.68 | $ 6,844.77 | $ 11,475.82 | $ 23,656.28 | |
| 93 | **NOTE** | | | | | | |
| 94 | 1 | No dividends will be paid to Class 6 claimant(s). | | | | | |
| 95 | 2 | No dividends will be paid to Class 9 claimant(s) during the Plan term. | | | | | |
| 96 | 3 | For all Class 3 payments and pre-payments see lines 52, 69 and 87. | | | | | |
| 97 | 4 | For all Class 4 payments and pre-payments see lines 53, 70 and 88. | | | | | |
| 98 | 5 | For all Class 8 payments and pre-payments see lines 72 and 90. | | | | | |
| 99 | 6 | Assumes that the Debtors will make no recovery on account of underinsured motorist claim. Net recoveries from retained actions not committed to Farm Credit may be used to pay allowed administative expense claims. | | | | | |
| 100 | 7 | Monthly payment based on principal balance after payment and application of patronage credit. | | | | | |
| 101 | 8 | For all Class 5 payments and pre-payments see lines 54, 71 and 89. | | | | | |

**Jacqueline Cash and Eric Reid**
**Case # 21-10475-BAH**

Financial Projections
FIRST 12 Months Payments

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $ 20,863.77 | $ 17,209.62 | $ 8,027.55 | $ 0.00 | $ 0.00 | $ 28,317.93 | $ 26,635.86 | $ 24,953.79 | $ 23,271.72 | $ 28,604.65 | $ 26,922.58 | $ 25,240.51 | |
| **Cash In** | | | | | | | | | | | | | |
| Jacqueline Cash (net Income) | $ 14,030.00 | $ 14,030.00 | $ 14,030.00 | $ 21,045.00 | $ 14,030.00 | $ 14,030.00 | $ 14,030.00 | $ 14,030.00 | $ 21,045.00 | $ 14,030.00 | $ 14,030.00 | $ 14,030.00 | $ 182,390.00 |
| Eric Reid (Net Income) | $ - | $ - | $ - | $ - | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ - | $ 52,500.00 |
| Rental Income - 111 Lockes Hill Road (Gross) | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 21,600.00 |
| Tax Refund | $ - | $ - | $ - | $ - | $ 30,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 30,000.00 |
| Personal Injury Claim (net of special counsel fees and expenses) | $ 15,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,000.00 |
| Underinsured Motorist Claim | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Recovery from Slate Legal Group | $ 48,786.06 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 48,786.06 |
| **Total Cash In** | $ 79,616.06 | $ 15,830.00 | $ 15,830.00 | $ 22,845.00 | $ 53,330.00 | $ 23,330.00 | $ 23,330.00 | $ 23,330.00 | $ 30,345.00 | $ 23,330.00 | $ 23,330.00 | $ 15,830.00 | $ 350,276.06 |
| **TOTAL Beginning Cash plus Cash In** | $ 100,479.83 | $ 33,039.62 | $ 23,857.55 | $ 22,845.00 | $ 53,330.00 | $ 51,647.93 | $ 49,965.86 | $ 48,283.79 | $ 53,616.72 | $ 51,934.65 | $ 50,252.58 | $ 41,070.51 | |
| **Cash Out** | | | | | | | | | | | | | |
| School Tuition | $ 1,397.71 | $ 1,397.71 | $ 1,397.71 | $ 1,397.71 | $ 1,397.71 | $ 1,397.71 | $ 1,397.71 | $ 1,397.71 | $ 1,397.71 | $ 1,397.71 | $ 1,397.71 | $ 1,397.71 | $ 16,772.52 |
| School Supplies | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 1,236.00 |
| Groceries | $ 1,236.00 | $ 1,236.00 | $ 1,236.00 | $ 1,236.00 | $ 1,236.00 | $ 1,236.00 | $ 1,236.00 | $ 1,236.00 | $ 1,236.00 | $ 1,236.00 | $ 1,236.00 | $ 1,236.00 | $ 14,832.00 |
| Utilities | $ 412.00 | $ 412.00 | $ 412.00 | $ 412.00 | $ 412.00 | $ 412.00 | $ 412.00 | $ 412.00 | $ 412.00 | $ 412.00 | $ 412.00 | $ 412.00 | $ 4,944.00 |
| Cell Phone | $ 442.86 | $ 442.86 | $ 442.86 | $ 442.86 | $ 442.86 | $ 442.86 | $ 442.86 | $ 442.86 | $ 442.86 | $ 442.86 | $ 442.86 | $ 442.86 | $ 5,314.32 |
| Vet Payment | $ 40.12 | $ 40.12 | $ 40.12 | $ 40.12 | $ 40.12 | $ 40.12 | $ 40.12 | $ 40.12 | $ 40.12 | $ 40.12 | $ 40.12 | $ 40.12 | $ 481.44 |
| Gas - Car | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 14,400.00 |
| Cable/Internet | $ 210.12 | $ 210.12 | $ 210.12 | $ 210.12 | $ 210.12 | $ 210.12 | $ 210.12 | $ 210.12 | $ 210.12 | $ 210.12 | $ 210.12 | $ 210.12 | $ 2,521.44 |
| Netflix/Peloton/Disney+ | $ 84.46 | $ 84.46 | $ 84.46 | $ 84.46 | $ 84.46 | $ 84.46 | $ 84.46 | $ 84.46 | $ 84.46 | $ 84.46 | $ 84.46 | $ 84.46 | $ 1,013.52 |
| Business Email | $ 16.48 | $ 16.48 | $ 16.48 | $ 16.48 | $ 16.48 | $ 16.48 | $ 16.48 | $ 16.48 | $ 16.48 | $ 16.48 | $ 16.48 | $ 16.48 | $ 197.76 |
| Dumpster | $ 133.90 | $ 133.90 | $ 133.90 | $ 133.90 | $ 133.90 | $ 133.90 | $ 133.90 | $ 133.90 | $ 133.90 | $ 133.90 | $ 133.90 | $ 133.90 | $ 1,606.80 |
| Car/Home Insurance | $ 1,561.05 | $ 1,561.05 | $ 1,561.05 | $ 1,561.05 | $ 1,561.05 | $ 1,561.05 | $ 1,561.05 | $ 1,561.05 | $ 1,561.05 | $ 1,561.05 | $ 1,561.05 | $ 1,561.05 | $ 18,732.60 |
| Car Registration and Inspection | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 3,000.00 |
| Storage | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 154.50 | $ 1,854.00 |
| CE Courses | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 206.00 | $ 2,472.00 |
| Subdivision Cost/Siding | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 24,000.00 |
| Atty. Gannon | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 12,000.00 |
| Misc. Expenses | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 12,360.00 |
| Property Taxes (111 Lockes Hill Rd) | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 6,000.00 |
| Property Taxes (102 Lockes Hill Rd) | $ 620.00 | $ 620.00 | $ 620.00 | $ 620.00 | $ 620.00 | $ 620.00 | $ 620.00 | $ 620.00 | $ 620.00 | $ 620.00 | $ 620.00 | $ 620.00 | $ 7,440.00 |
| Provision for Federal and State Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Working Capital Reserve | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 30,000.00 |
| **Total Cash Out** | $ 15,098.20 | $ 15,098.20 | $ 15,098.20 | $ 15,098.20 | $ 15,098.20 | $ 15,098.20 | $ 15,098.20 | $ 15,098.20 | $ 15,098.20 | $ 15,098.20 | $ 15,098.20 | $ 15,098.20 | $ 181,178.40 |
| *Monthly Projected Disposable Income* | $ 85,381.63 | $ 17,941.42 | $ 8,759.35 | $ 7,746.80 | $ 38,231.80 | $ 36,549.73 | $ 34,867.66 | $ 33,185.59 | $ 38,518.52 | $ 36,836.45 | $ 35,154.38 | $ 25,972.31 | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | | Projected Plan Payments by Class | | | | | | | | | | | | | | |
| 50 | | Mandatory Payment Classes Projected Monthly Dividends | | | | | | | | | | | | | | |
| 51 | | Class 2 - Farm Credit Secured Equipment Claims Class | $ 40,000.00 | $ 268.54 | $ 268.54 | $ 268.54 | $ 268.54 | $ 268.54 | $ 268.54 | $ 268.54 | $ 268.54 | $ 268.54 | $ 268.54 | $ 268.54 | $ 42,953.94 | 7 |
| 52 | | Class 3 - Farm Credit Secured Mortgage Claims Class | $ 2,416.57 | $ 2,416.57 | $ 2,416.57 | $ 2,416.57 | $ 2,416.57 | $ 2,416.57 | $ 2,416.57 | $ 2,416.57 | $ 2,416.57 | $ 2,416.57 | $ 2,416.57 | $ 2,416.57 | $ 28,998.84 | 3 |
| 53 | | Class 4 - Citizens Bank Secured Mortgage Claim Class | $ 1,360.61 | $ 1,360.61 | $ 1,360.61 | $ 1,360.61 | $ 1,360.61 | $ 1,360.61 | $ 1,360.61 | $ 1,360.61 | $ 1,360.61 | $ 1,360.61 | $ 1,360.61 | $ 1,360.61 | $ 16,327.32 | 4 |
| 54 | | Class 5 - Brigham Trust Secured Mortgage Claim Class | $ 1,484.90 | $ 1,484.90 | $ 1,484.90 | $ 1,484.90 | $ 1,484.90 | $ 1,484.90 | $ 1,484.90 | $ 1,484.90 | $ 1,484.90 | $ 1,484.90 | $ 1,484.90 | $ 1,484.90 | $ 17,818.80 | 8 |
| 55 | | Class 6 - Cheesman Secured Claim Class | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 1 |
| 56 | | Class 7A - Minor Secured Claims with Modified Maturity Dates Class | | | | | | | | | | | | | | |
| 57 | | Bank of America (Nissan Xterra) | $ 89.65 | $ 89.65 | $ 89.65 | $ 89.65 | $ 89.65 | $ 89.65 | $ 89.65 | $ 89.65 | $ 89.65 | $ 89.65 | $ 89.65 | $ 89.65 | $ 1,075.80 | |
| 58 | | Bank of America (Ford F350) | $ 434.09 | $ 434.09 | $ 434.09 | $ 434.09 | $ 434.09 | $ 434.09 | $ 434.09 | $ 434.09 | $ 434.09 | $ 434.09 | $ 434.09 | $ 434.09 | $ 5,209.08 | |
| 59 | | South Shore Bank/Bankers Healthcare Group | $ 1,498.71 | $ 1,498.71 | $ 1,498.71 | $ 1,498.71 | $ 1,498.71 | $ 1,498.71 | $ 1,498.71 | $ 1,498.71 | $ 1,498.71 | $ 1,498.71 | $ 1,498.71 | $ 1,498.71 | $ 17,984.52 | |
| 60 | | Class 7B - Minor Secured Claims without Modified Maturity Dates Class | | | | | | | | | | | | | | |
| 61 | | Harley Davidson Credit Corp. | $ 631.39 | $ 631.39 | $ 631.39 | $ 631.39 | $ 631.39 | $ 631.39 | $ 631.39 | $ 631.39 | $ 631.39 | $ 631.39 | $ 631.39 | $ 631.39 | $ 7,576.68 | |
| 62 | | USAA Federal Savings Bank | $ 256.09 | $ 256.09 | $ 256.09 | $ 256.09 | $ 256.09 | $ 256.09 | $ 256.09 | $ 256.09 | $ 256.09 | $ 256.09 | $ 256.09 | $ 256.09 | $ 3,073.08 | |
| 63 | | Projected Total Mandatory Payments | $ 48,172.01 | $ 8,440.55 | $ 8,440.55 | $ 8,440.55 | $ 8,440.55 | $ 8,440.55 | $ 8,440.55 | $ 8,440.55 | $ 8,440.55 | $ 8,440.55 | $ 8,440.55 | $ 8,440.55 | $ 141,018.06 | |
| 65 | | Projected Available Disposable Income After Mandatory Plan Payments | $ 37,209.62 | $ 9,500.87 | $ 318.80 | $ (693.75) | $ 29,791.25 | $ 28,109.18 | $ 26,427.11 | $ 24,745.04 | $ 30,077.97 | $ 28,395.90 | $ 26,713.83 | $ 17,531.76 | | |
| 67 | | Projected Monthly Dividends from Available Disposable Income | | | | | | | | | | | | | | |
| 68 | | Class 1 - Administrative Expense Class ($105,000) | $ 20,000.00 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 36,206.52 | 6 |
| 69 | | Class 3 - Farm Credit Secured Mortgage Claim Class (Mandatory Pre-payment - 5% of Annual Available Disposable Income) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 876.59 | $ 876.59 | 3 |
| 70 | | Class 4 - Citizens Bank Secured Mortgage Claim Class (Mandatory Pre-payment - 5% of Annual Available Disposable Income) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 876.59 | $ 876.59 | 4 |
| 71 | | Class 5 - Brigham Secured Claim Class (Mandatory Pre-payment - 5% of Annual Available Disposable Income) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 876.59 | $ 876.59 | 8 |
| 72 | | Class 8 - General Unsecured Claims Class | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,428.67 | $ 13,428.67 | 5 |
| 73 | | Class 9 - Cheesman Subordinate Non-Priority Unsecured Claim Class | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 2 |
| 74 | | TOTAL Projected Monthly Dividends from Available Disposable Income | $ 20,000.00 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 1,473.32 | $ 17,531.76 | $ 52,264.96 | |
| 75 | | Working Capital Reserve Deposit | | | $ 1,154.52 | $ 2,167.07 | | | | | | | | | $ 3,321.59 | |
| 76 | | Cumulative Ending Cash After Plan Payments and Working Capital Reserve Deposit | $ 17,209.62 | $ 8,027.55 | $ 0.00 | $ 0.00 | $ 28,317.93 | $ 26,635.86 | $ 24,953.79 | $ 23,271.72 | $ 28,604.65 | $ 26,922.58 | $ 25,240.51 | $ - | | |
| 78 | | WORKING CAPITAL RESERVE | | | | | | | | | | | | | | |
| 79 | | WORKING CAPITAL RESERVE BEGINNNIG BALANCE | $ - | $ 2,500.00 | $ 5,000.00 | $ 6,345.48 | $ 6,678.41 | $ 9,178.41 | $ 11,678.41 | $ 14,178.41 | $ 16,678.41 | $ 19,178.41 | $ 21,678.41 | $ 24,178.41 | | |
| 80 | | Deposits into working capital reserve | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 30,000.00 | |
| 81 | | Draw against working capital reserve to offset cash flow deficiency | $ - | $ - | $ (1,154.52) | $ (2,167.07) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (3,321.59) | |
| 82 | | Available Working Capital Reserve for Distribution to Mandatory Pre-Payments | $ 2,500.00 | $ 5,000.00 | $ 6,345.48 | $ 6,678.41 | $ 9,178.41 | $ 11,678.41 | $ 14,178.41 | $ 16,678.41 | $ 19,178.41 | $ 21,678.41 | $ 24,178.41 | $ 26,678.41 | | |
| 83 | | Draw against working capital reserve to Working Capital Reserve Mandatory Pre-Payments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (5,335.68) | $ (5,335.68) | |
| 84 | | Cumulative Working Capital Reserve Ending Balance | $ 2,500.00 | $ 5,000.00 | $ 6,345.48 | $ 6,678.41 | $ 9,178.41 | $ 11,678.41 | $ 14,178.41 | $ 16,678.41 | $ 19,178.41 | $ 21,678.41 | $ 24,178.41 | $ 21,342.73 | | |
| 86 | | Working Capital Reserve Mandatory Pre-Payments | | | | | | | | | | | | | | |
| 87 | | Class 3 - Farm Credit Secured Mortgage Claim Class (5% of Working Capital Reserve) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,333.92 | $ 1,333.92 | 3 |
| 88 | | Class 4 - Citizens Bank Secured Mortgage Claim Class (5% of Working Capital Reserve) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,333.92 | $ 1,333.92 | 4 |
| 89 | | Class 5 - Brigham Trust Secured Mortgage Claim Class (5% of Working Capital Reserve) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,333.92 | $ 1,333.92 | 8 |
| 90 | | Class 8 - General Unsecured Claims Class (5% of Working Capital Reserve) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,333.92 | $ 1,333.92 | 5 |
| 91 | | Total Projected Working Capital Reserve Mandatory Pre-Payments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,335.68 | $ 5,335.68 | |
| 93 | NOTE | | | | | | | | | | | | | | | |
| 94 | 1 | No dividends will be paid to Class 6 claimant(s). | | | | | | | | | | | | | | |
| 95 | 2 | No dividends will be paid to Class 9 claimant(s) during the Plan term. | | | | | | | | | | | | | | |
| 96 | 3 | For all Class 3 payments and pre-payments see lines 52, 69 and 87. | | | | | | | | | | | | | | |
| 97 | 4 | For all Class 4 payments and pre-payments see lines 53, 70 and 88. | | | | | | | | | | | | | | |
| 98 | 5 | For all Class 8 payments and pre-payments see lines 72 and 90. | | | | | | | | | | | | | | |
| 99 | 6 | Assumes that the Debtors will make no recovery on account of underinsured motorist claim. Net recoveries from retained actions not committed to Farm Credit | | | | | | | | | | | | | | |
| 100 | 7 | Monthly payment based on principal balance after payment and application of patronage credit. | | | | | | | | | | | | | | |
| 101 | 8 | For all Class 5 payments and pre-payments see lines 54, 71 and 89. | | | | | | | | | | | | | | |